AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
December 04, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____VP_____
DEPUTY

United States of America )
v. )
) Case No. SA-25-MJ-1658
)
Guillermo Frausto )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 7, 2025 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(o) | Illegal Possession of a Machinegun |
| | Penalty: Max 15 years imprisonment, up to $250,00 fine, up to 3 years supervised release; and $100 mandatory assessment fee. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

MATTHEW ALVIS
Digitally signed by MATTHEW ALVIS
Date: 2025.12.04 09:46:45 -06'00'

*Complainant's signature*

MATTHEW ALVIS, SA ATF

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: December 4, 2025

City and state: San Antonio, Texas

RICHARD B. FARRER, US MAGISTRATE JUDGE

*Judge's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Matthew Alvis, duly sworn do hereby depose and state:

1. Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and has been employed since 2021. I have personally conducted investigations on a variety of Federal criminal statutes. These investigations often involve the unlawful possession of firearms by prohibited persons and illegal smuggling of firearms from the U.S. into the Republic of Mexico.

2. The United States, namely the ATF and Homeland Security Investigations (HSI), are investigating **Guillermo FRAUSTO** for the possession of a machinegun on November 7, 2025.

3. On, or about, November 6, 2025, an HSI undercover agent (UC) contacted FRAUSTO via his associated phone number. The UC requested FRAUSTO provide him/her with photos and a list of firearms for sale. FRAUSTO offered a fully automatic AR-15 (machinegun) for $2,000.00 USD.

4. On November 7, 2025, the UC purchased multiple firearms from FRAUSTO for a pre-determined amount of U.S. Currency in San Antonio, Texas. One of the firearms was a Diamondback Arms Inc. model DB-15 handgun bearing SN: DB1914314 with what appeared to be a Machinegun Conversion Device (MCD) affixed. An MCD is an aftermarket attachment that converts a semi-automatic weapon into an automatic weapon, shooting multiple shots automatically, without manual reloading, by a single function of the trigger.

5. During conversations in Spanish with the UC, FRAUSTO referred to firearms that were fully automatic machineguns as "Rafagas". In my training and experience, the term "Rafagas" is a slang term in Spanish used to describe barrages of gunfire when referring to a machinegun. FRAUSTO explained to the UC that "Rafagas" would cost more than a semi-automatic AR. FRAUSTO sold the UC the fully automatic DB-15 for $2,000.00 USD, while a semi-automatic AR typically costs $1100.00 USD. The terminology FRAUSTO used and the increased price for the DB-15 reflects FRAUSTO's knowledge that the DB-15 was fully automatic at the time of the sale.

6. On November 10, 2025, agents queried FRAUSTO in the National Firearms Registration and Transfer Record (NFRTR) and verified that FRAUSTO has not registered any items regulated under the National Firearms Act (NFA). Therefore, FRAUSTO cannot legally possess any machineguns. Additionally, agents queried the DB-15 handgun in the NFRTR and found no registration information.

7. ATF's Firearms and Ammunition Technology Division confirmed the DB-15 handgun is a machinegun, a weapon that shoots multiple shots automatically, without manual reloading, by a single function of the trigger.

8. Based on the above facts, your affiant believes there is probable cause that **FRAUSTO** violated Possession of a Machinegun – 18 U.S.C. §922(o).

     MATTHEW ALVIS
     Digitally signed by MATTHEW ALVIS
     Date: 2025.12.04 09:47:49 -06'00'

     Special Agent Matthew Alvis
     Bureau of Alcohol, Tobacco, Firearms and Explosives

SUBSCRIBED AND SWORN TO TELEPHONICALLY THIS 4th DAY OF DECEMBER 2025.

     HONORABLE RICHARD B. FARRER
     UNITED STATES MAGISTRATE JUDGE